# EXHIBIT 1

ATTY (SOS)

# CITATION

No.: DC-10-16586

WOOD PARTNERS LLC
VS.
GREG BOGNUDA, INDIVIDUALLY AND D/B/A

ISSUED
ON THIS THE
28TH DAY OF DECEMBER, 2010

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By **JO ANN GARDNER**, Deputy

Attorney for : Plaintiff

RICHARD D ANIGIAN
HAYNES AND BOONE LLP
2323 VICTORY AVENUE
SUITE 700
DALLAS, TX 75219
214/651-5000

---

FORM NO. 353-4—CITATION

# THE STATE OF TEXAS

To: GREG BOGNUDA, INDIVIDUALLY AND
D/B/A BOGNUDA COMMERCIAL REAL ESTATE SERVICES
BY SERVING THE SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT - P.O. BOX 12079
AUSTIN, TX 78711

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **101st District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **WOOD PARTNERS, L.L.C.**

Filed in said Court 27th day of December, 2010 against

**GREG BOGNUDA, INDIVIDUALLY AND D/B/A GOBNUDA COMMERCIAL REAL ESTATE SERVICES**

For suit, said suit being numbered   DC-10-16586   the nature of which demand is as follows:
Suit On **DECLARATORY JUDGMENT CIVIL** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office on this the 28th day of December, 2010
ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County, Texas

By _____ Deputy
**JO ANN GARDNER**

Filed
10 December 27 A11:56
Gary Fitzsimmons
District Clerk
Dallas District

CAUSE NO. DC-10-16586

| | | |
|---|---|---|
| WOOD PARTNERS, L.L.C., | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| v. | § § | DALLAS COUNTY, TEXAS |
| GREG BOGNUDA, individually and d/b/a BOGNUDA COMMERCIAL REAL ESTATE SERVICES, | § § § § § | |
| Defendant. | § § | E-101ST JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Wood Partners, LLC files its Original Petition against Defendant Greg Bognuda, individually and d/b/a Bognuda Commercial Real Estate Services and respectfully shows the Court as follows:

### I.

### DISCOVERY CONTROL PLAN

1. Plaintiff intends to conduct discovery under Level 2 described in Texas Rule of Civil Procedure 190.3.

### II.

### PARTIES

2. Plaintiff Wood Partners, L.L.C. ("Wood Partners") is a limited liability company organized and existing under the laws of the State of Georgia.

3. Defendant Greg Bognuda is a resident of the State of California with his home or home office at 151 Upper Via Casitas, Greenbrae, California 94904. Upon information and belief, Greg Bognuda does business under the name of Bognuda Commercial Real Estate

Services (collectively, "Bognuda"). Bognuda has constructively appointed the Texas Secretary of State, 1019 Brazos Street, Austin, Texas 78701, as his agent for service of process in Texas because he engages in business in Texas by seeking to collect a real estate commission arising from the sale of several Texas properties, but does not maintain a regular place of business in this State or a designated agent for service of process in this State.

### III.

### VENUE AND JURISDICTION

4. Venue is proper in Dallas County, Texas pursuant to Section 15.002 of the Texas Civil Practice and Remedies Code because a substantial part of the acts and omissions giving rise to Wood Partners's claims occurred in Dallas County, Texas  Venue is also proper in Dallas County, Texas pursuant to Section 15.035 of the Texas Civil Practice and Remedies Code because the contract to be interpreted involves Bognuda's efforts to extract a real estate commission related to the sale of several apartment complexes in Texas, including an apartment complex located in Dallas County.

5. The Court has jurisdiction over this cause because the amount in controversy exceeds this Court's minimum jurisdictional requirements. This Court has personal jurisdiction over Greg Bognuda and Bognuda Commercial Real Estate Services because they are seeking to collect a real estate commission related to the sale an apartment complex located in Dallas county as well as several other apartment complexes that are located completely within the state of Texas and therefore are transacting business within the State of Texas under Chapter 17 of the Texas Civil Practice & Remedies Code.

### IV.

### FACTS

6. In 2010, Wood Partners became interested in purchasing a portfolio of apartment complexes in the Austin, Houston, and Dallas/Fort Worth areas of Texas (the "Western Rim" portfolio).

7. In August 2010, Bognoda approached Wood Partners with respect to properties he did not identify except to say they were located in Texas and consisted of approximately 2500 units, which are now referred to as the Western Rim portfolio.

8. Bognuda falsely represented to Wood Partners that he had the "inside track" to selling this portfolio and that it was not listed with any broker.

9. In fact, the Western Rim portfolio was publicly listed through Marcus & Millichap Real Estate Investment Services of Texas, Inc. ("Marcus & Millichap"). Upon information and belief, on or about August 19, 2010, the sellers of the Western Rim portfolio entered into an exclusive listing agreement with Marcus & Millichap that was to expire on January 30, 2011.

10. On or about August 23, 2010, Bognuda fraudulently induced Wood Partners to enter into a Buyer's Broker Fee Agreement ("Buyer's Fee Agreement") based on Bognuda's representations that he had the "inside track" to selling this portfolio and that it was not listed with any broker. A copy of the Buyer's Fee Agreement is attached hereto as Exhibit A and is incorporated herein for all purposes.

11. Upon information and belief, on or about August 25, 2010, Bognuda and Marcus & Millichap executed a Cooperating Broker Confidentiality and Registration Agreement ("Cooperating Broker Agreement"). Upon information and belief, Bognuda forged Curtis Walker's signature as Acquisitions Manager of Wood Partners on the Cooperating Broker Agreement. The Cooperating Broker Agreement reflecting the forged signature of Curtis Walker

is attached hereto as Exhibit B and is incorporated herein for all purposes.

12. Upon information and belief, Bognuda is not currently nor has ever been a licensed real estate broker, salesperson, or appraiser in Texas.

13. Upon information and belief, Bognuda is not currently nor has ever been a licensed attorney in any state.

14. Bognuda breached, among other provisions, paragraph 4 of the Cooperating Broker Agreement, in which Bognuda represents that he is either licensed in Texas or will comply with Texas law regarding real estate brokerage by out-of-state licensees.

15. On or about November 8, 2010, an affiliate of Wood Partners entered into an agreement to purchase the Western Rim portfolio.

16. On or about December 20, 2010, counsel for Bognuda sent a demand letter to Republic Title of Texas, claiming to be entitled to a commission under the Buyer's Fee Agreement and demanding payment from the escrow held by Republic Title.

17. On or about December 20, 2010, counsel for the Western Rim portfolio sellers sent a letter to Wood Partners demanding that Wood Partners indemnify the sellers from Bognuda's claims pursuant to the Agreement of Purchase and Sale between Wood Partners and the Western Rim sellers.

V.

## CLAIM FOR DECLARATORY JUDGMENT

18. Wood Partners adopts and incorporates by reference the above paragraphs as if fully set forth herein.

19. The Texas Real Estate License Act ("TRLA") provides that, "A person may not maintain an action to collect compensation for an act as a broker or salesperson that is performed

in this state unless the person alleges and proves that the person was: (1) a license holder at the time the act was commenced; or (2) an attorney licensed in any state." Tex. Occ. Code § 1101.806(b).

20. "License holder" is defined by the TRLA as "a broker or salesperson *licensed under this chapter*." Tex. Occ. Code § 1101.002(4) (emphasis added).

21. The Texas Real Estate Commission is responsible for issuing licenses under the TRLA. Tex. Occ. Code § 1101.363(a).

22. Upon information and belief, Bognuda has never been licensed by the Texas Real Estate Commission, nor is he a licensed attorney in any state.

23. Bognuda further violated the TRLA by representing himself to be a real estate broker in Texas and performing the acts of a real estate broker in Texas without being licensed by the Texas Real Estate Commission. Tex. Occ. Code § 1101.351(a).

24. Because Bognuda is not a licensed Texas real estate broker, he may not recover any commission related to the sale of the Western Rim portfolio.

25. Accordingly, pursuant to Chapter 37 of the Texas Civil Practices and Remedies Code, Wood Partners seeks a declaration that Bognuda is not entitled to any compensation related to the sale of the Western Rim portfolio to Wood Partners.

## VI.

### ATTORNEY'S FEES

26. Wood Partners adopts and incorporates by reference the above paragraphs as if fully set forth herein.

27. Pursuant to Section 37.009 of the Texas Civil Practice and Remedies Code, Wood Partners seeks to recover its reasonable and necessary attorneys' fees, costs, and expenses

incurred in the prosecution of this action, together with conditional awards in the event of any and all post-verdict proceedings and/or appeals. Wood Partners has agreed to pay the undersigned counsel a reasonable fee at their standard hourly rates for legal services rendered and to be rendered in connection with this action.

## VII.

## PRAYER

WHEREFORE, Wood Partners prays that Greg Bognuda and Bognuda Commercial Real Estate Services be cited to appear and answer, and that, on the final trial of this cause, Wood Partners has the following:

1. A declaratory judgment that neither Greg Bognuda nor Bognuda Commercial Real Estate Services is entitled to any compensation related to the sale of the Western Rim portfolio to Wood Partners;

2. Reasonable and necessary attorneys' fees under the Uniform Declaratory Judgments Act, including conditional awards in the event of any and all post-verdict proceedings and/or appeals, together with all costs of court and expenses incurred by Wood Partners;

3. Prejudgment and post-judgment interest at the highest legal rate on all sums awarded in the Court's judgment; and

4. All such other and further relief, at law or in equity, to which Wood Partners may show itself justly entitled.

Respectfully submitted,

_____
Richard D. Anigian
Texas Bar No. 01264700
rick.anigian@haynesboone.com
William D. White
Texas Bar No. 24063062
will.white@haynesboone.com
HAYNES AND BOONE, L.L.P.
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214-651-5000
Facsimile: 214-651-5940

COUNSEL FOR WOOD PARTNERS, L.L.C.

## Buyer's Broker Fee Agreement

This Fee Agreement is between Wood Partners LLC and Bognuda Commercial Real Estate Services concerning the purchase of the properties know as the Western Rim portfolio of apartment complexes located in Austin, Houston and Dallas Ft. Worth, Texas areas.

Should a sale close escrow between the Seller and Wood Partners, LLC, Woods agrees a transaction fee of one half of one per cent (0.50%) of the final purchase price is payable to Bognuda Commercial Real Estate in the event of a closing. Final purchase price is defined as the price paid at the close of escrow. Such fee shall be paid at closing and if it is not paid from Seller's funds shall be subtracted from the purchase price and paid from Purchaser's funds.

Should this portfolio be listed and disseminated openly and submitted directly to Wood Partners, without Wood Partners having to pay a fee then this Fee Agreement is null and void. Once this agreement is signed by both parties the previous sentence is voided.

Escrow instructions with respect to this fee may not be amended or revoked without written consent of both Bognuda Commercial and Wood partners LLC.

In any legal action for fees, the prevailing party will be entitled to reimbursement of all reasonable attorney fees.

This Fee Agreement shall expire on January 1, 2011.

Agreed and Accepted:

Bognuda Commercial Real Estate

_____                                    Date: 8/23/10
By: Greg Bognuda, Broker


Wood Partners, LLC

_____                                    Date: 8-23-10
By: Curtis Walker


EXHIBIT A

**Marcus & Millichap**
Real Estate Investment Services

### COOPERATING BROKER CONFIDENTIALITY AND REGISTRATION AGREEMENT

Please return via facsimile to Norman Eastwood at 972-755-5127
or email to the email address below

THIS BROKER REGISTRATION AGREEMENT ("Agreement") is made as of this 25th day of August 2010 by and between Marcus & Millichap Real Estate Investment Services of Texas, Inc. ("Marcus & Millichap") and I, GREG BOSWOA of Boswoa Commercial Real Estate Services ("Cooperating Broker") regarding the brokerage, marketing and sale of certain **indicated property/properties and location(s)** (the "Property or Properties").

A. Cooperating Broker desires to cooperate with Marcus & Millichap by procuring prospective buyers who may purchase the Property or an interest therein.

B. Marcus & Millichap is willing to cooperate with but not share a portion of its commission with Cooperating Broker on the terms and conditions set forth in this Agreement if the Property is acquired by a Registered Buyer procured by Cooperating Broker.

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties agree as follows:

1. Cooperating Broker acknowledges and agrees that Marcus & Millichap has been granted an exclusive right to sell and is the exclusive real estate broker for the transfer, sale, conveyance, assignment and/or exchange of the Property, any interest in the Property and/or any interest in any entity that owns and/or controls the Property (collectively referred to herein as a "Sale").

2. All communications regarding the Property and/or a Sale shall be submitted and/or directed by Cooperating Broker to Marcus & Millichap.

3. Cooperating Broker agrees not to communicate or maintain contact with, whether directly or indirectly, any officer, director, employee, agent and/or representative of the Property's owner/seller or the owner's/seller's affiliates regarding the Property and/or a Sale without Marcus & Millichap's express written consent, which consent shall be a Marcus & Millichap's sole and absolute discretion.

4. Cooperating Broker represents and warrants (i) that he/she/it is licensed to do business as a real estate broker and/or real estate salesperson under the laws, rules and/or regulations (collectively "laws") of the state in which the Property is located, or (ii) that he/she/it is a licensed real estate broker or real estate salesperson in a state other than the state in which the Property is located, that he/she/it has reviewed and shall comply with the laws of the state in which the Property is located governing real estate brokerage by out-of-state licensees including, without limitation, laws relating to cooperation and affiliation with a state licensee, consent to jurisdiction, maintenance of escrows, and professional liability insurance.

5. Cooperating Broker acknowledges and agrees that Marcus & Millichap is not serving as Cooperating Broker's local licensee and that Marcus & Millichap does not represent Cooperating Broker or Cooperating Broker's client/buyer and owes no fiduciary duties to Cooperating Broker or Cooperating Broker's client. Cooperating Broker represents and warrants that it has disclosed the terms of this Agreement to his/her/its buyer/client and has specifically advised his/her/its client that Marcus & Millichap represents only the Seller in connection with a possible Sale.

6. Cooperating Broker assumes full and complete responsibility for confirming and verifying all information provided by Marcus & Millichap and for performing due diligence concerning the Property and/or a Sale. Marcus & Millichap makes no representations or warranties, express or implied, as to the accuracy, completeness and/or suitability of any information provided to Cooperating Broker or a Registered Buyer. Cooperating Broker further acknowledges and agrees that Marcus & Millichap makes no representation or warranty that there has been no change in the financial, operating or physical condition of the Property or the


EXHIBIT B

**Marcus & Millichap**
Real Estate Investment Services

**COOPERATING BROKER CONFIDENTIALITY AND REGISTRATION AGREEMENT**

Please return via facsimile to **Norman Eastwood** at **972-755-5127**
or email to the email address below

tenant(s) since the date that Marcus & Millichap's marketing package and/or offering memorandum were prepared and that the analysis and verification of the information provided by Marcus & Millichap and/or the Property owner/seller are solely the responsibility of Cooperating Broker and Registered Buyer.

7. The person signing this Agreement on behalf of Cooperating Broker represents and warrants that he/she has the authority to enter into this Agreement on Cooperating Broker's behalf and to bind Cooperating Broker to the terms and conditions set forth herein.

8. Cooperating Broker acknowledges and agrees that he/she/it does not represent the owner/seller of the Property with respect to a Sale.

9. Any prospective buyer that Cooperating Broker wishes to register (a "Registered Buyer") must be identified in writing in the space provided below on this Agreement or by a separately dated written addendum to this Agreement signed by Marcus & Millichap. If Marcus & Millichap has already received an expression of interest from, or has entered into discussions with, the prospective buyer identified by Cooperating Broker, or the prospective buyer has been referred to Marcus & Millichap by another source, Marcus & Millichap shall notify Cooperating Broker of this fact in writing within three (3) business days of receipt of Cooperating Broker's disclosure and Cooperating Broker shall not be entitled to a Cooperating Broker Fee. In the event Cooperating Broker fails to register any buyer, Cooperating Broker shall not be entitled to a Cooperating Broker Fee.

10. Cooperating Broker identifies the following persons and/or entities for approval as a Registered Buyer:

   Name: Wood Partners
   Representative: Curtis Walker
   Address: Atlanta, GA
   Telephone number:
   Fax Number:
   Email: curtis.walker@woodpartners.com

Cooperating Broker represents and warrants that (i) Cooperating Broker is authorized to register the person(s) and/or entities identified in this paragraph 10 as a Registered Buyer and to act on such person's or entities' behalf, (ii) Cooperating Broker has not had any discussion regarding the Property or a Sale with any other broker or agent, (iii) that Cooperating Broker shall look only to its buyer for any fee due under this Agreement in the event of a Sale to the person or entity identified in this paragraph 10, and (iv) Cooperating Broker shall indemnify, defend and hold Marcus & Millichap harmless from and against any claims, causes of action, duties or liabilities, suits, actions, costs, and/or expenses including, without limitation, reasonable attorney's fees, which may be incurred with respect to any claims for real estate commissions, broker's fees or finder's fees for procuring a Registered Buyer in connection with a Sale to any person or entity identified in this paragraph 10.

12. This Agreement shall be governed by the laws of the state in which the property is located, excluding such state's conflict of laws rules. Any disputes under this Agreement shall be resolved by final binding arbitration by and under the commercial arbitration rules of the American Arbitration Association before a single arbitrator sitting in the state in which the Property is located. The non-prevailing party shall pay the costs and expenses (including reasonable attorneys' fees) of the prevailing party in any disputes arising under this Agreement. This Agreement, together with the exhibits hereto, constitutes the full and complete understanding between the parties and supersedes all prior agreements, arrangements, and understandings, whether oral or written, between the parties relating to the subject matter hereof. This Agreement may not be altered, amended or modified in any way except by written instrument executed by each of the parties. This Agreement may be executed in one or more counterparts, the originals (or facsimile transmissions of such originals) of which, taken together, shall constitute one instrument. This Agreement shall be deemed to have been jointly drafted and shall be construed without regard to any presumption or other rule of law requiring construction against the party who caused it to be drafted.

**Marcus & Millichap**
Real Estate Investment Services

**COOPERATING BROKER CONFIDENTIALITY AND REGISTRATION AGREEMENT**

Please return via facsimile to Norman Eastwood at 972-755-5127 or email to the email address below

**AGREED AND ACCEPTED:**

**Prospective Purchaser**

- Name: Curtis Walker
- Title: Acquisitions Mgr
- Company: Wood Partners
- Address: 1100 Northchase Pkwy
- City, State, Zip: Marietta GA 30067
- Phone: 770-951-8989
- Fax: —
- Email: curtis.walker@woodpartners.com
- Signature: [signed]

Please specify how you prefer to receive marketing materials: (check one)
- [X] Email (24 hours)
- [ ] Hard Copy (via Regular US Mail – allow 3-5 business days for delivery)
- [ ] CD (via Regular US Mail – allow 3-5 business days for delivery)

**Cooperating Broker**

- Name: Greg Bognuda
- Title: Broker/Owner
- Company: Bognuda Commercial Real Estate
- Address: 151 Upper Via Casitas
- City, State, Zip: Greenbrae, CA 94904
- Phone: 415-925-2266
- Fax: —
- Email: gbognuda@hotmail.com
- Signature: [signed]

**Listed by:**

Norman Eastwood
Senior Vice President Investments
Senior Director, National Multi-Housing Group
neastwood@marcusmillichap.com
www.EastwoodMultifamily.com
Ph: (972) 755-5200
Fax: (972) 755-5127

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____   COURT *(FOR CLERK USE ONLY)*: _____

STYLED   WOOD PARTNERS, L.L.C. v. GREG BOGNUDA, INDIVIDUALLY AND D/B/A BOGNUDA COMMERCIAL REAL ESTATE SERVICES
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

## 1. Contact information for person completing case information sheet:

Name: Richard D. Anigian
Email: rick.anigian@haynesboone.com

Address: 2323 Victory Ave., Suite 700
Telephone: 214-651-5000

City/State/Zip: Dallas, TX 75219
Fax: 214-651-5940

Signature: /s/
State Bar No: 01264700

### Names of parties in case:

Plaintiff(s)/Petitioner(s): Wood Partners, L.L.C.

Defendant(s)/Respondent(s): Greg Bognuda, individually and d/b/a Bognuda Commercial Real Estate Services

[Attach additional page as necessary to list all parties]

### Person or entity completing sheet is:
☒ Attorney for Plaintiff/Petitioner
☐ *Pro Se* Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other: _____

Additional Parties in Child Support Case:
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract**

*Debt/Contract*
- ☐ Consumer/DTPA
- ☐ Debt/Contract
- ☐ Fraud/Misrepresentation
- ☐ Other Debt/Contract: _____

*Foreclosure*
- ☐ Home Equity—Expedited
- ☐ Other Foreclosure
- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract: _____

**Injury or Damage**
- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation

*Malpractice*
- ☐ Accounting
- ☐ Legal
- ☐ Medical
- ☐ Other Professional Liability:
- ☐ Motor Vehicle Accident
- ☐ Premises

*Product Liability*
- ☐ Asbestos/Silica
- ☐ Other Product Liability List Product: _____
- ☐ Other Injury or Damage: _____

**Real Property**
- ☐ Eminent Domain/Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property: _____

**Related to Criminal Matters**
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus—Pre-indictment
- ☐ Other: _____

**Employment**
- ☐ Discrimination
- ☐ Retaliation
- ☐ Termination
- ☐ Workers' Compensation
- ☐ Other Employment: _____

**Other Civil**
- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☒ Other: Declaratory Judgment

### Family Law

**Marriage Relationship**
- ☐ Annulment
- ☐ Declare Marriage Void

*Divorce*
- ☐ With Children
- ☐ No Children

**Other Family Law**
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other: _____

**Post-judgment Actions (non-Title IV-D)**
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Parent-Child Relationship**
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child: _____

### Tax
- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
- ☐ Dependent Administration
- ☐ Independent Administration
- ☐ Other Estate Proceedings

- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other: _____

## 3. Indicate procedure or remedy, if applicable (may select more than 1):

- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☒ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover